IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JUNIOR KEMPER SPRADLIN,** | ) CASE NO. 7:15CV00032 |
| | ) |
| **Plaintiff,** | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **U.S. MARSHALS SERVICE,** *ET AL.*, | ) By: Norman K. Moon |
| | ) United States District Judge |
| **Defendant(s).** | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action as amended is **DISMISSED** without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the clerk shall **STRIKE** the case from the active docket of the court.

**ENTER**: This  14th  day of May, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE